IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUBY WILLIAMS,

      Appellant,

v.                                 Case No. 5D17-238

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 9, 2017

3.800 Appeal from the Circuit Court
for Putnam County,
Scott C. Dupont, Judge.

Ruby Williams, Bonifay, pro se.

No Appearance for Appellee.

PER CURIAM.

Ruby Williams ("Appellant") appeals the order summarily denying Appellant's motion to correct illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a). The trial court did not attach pertinent portions of the record to support its conclusion. Therefore, we reverse and remand to the trial court to attach portions of the record supporting its summary denial of Appellant's motion.

REVERSED and REMANDED.

COHEN, C.J., and SAWAYA and TORPY, JJ., concur.